UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. TAYLOR,

       Plaintiff,　　　　　　　　　Case No. 1:22–cv–519

v.　　　　　　　　　　　　　　　Hon. Jane M. Beckering

THOMAS BRINGMAN,

       Defendant.
_____/

## ORDER

The Court, upon due consideration, DENIES plaintiff's motion to recuse (ECF No. 32).

IT IS SO ORDERED.

Dated: July 19, 2022　　　　　　　　　　　　/s/ Ray Kent
　　　　　　　　　　　　　　　　　　　　　　RAY KENT
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge